MICHAEL JAY GREEN #4451
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336

Attorney for Plaintiff
CHELDINE KAHAO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CHELDINE KAHAO, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT'S HAWAII, INC.,<br><br>Defendant. | CV 09-00531 SOM KSC<br><br>STIPULATION EXTENDING DEADLINE FOR INITIAL DISCLOSURES; ORDER<br><br>TRIAL DATE: FEBRUARY 1, 2010 |

STIPULATION EXTENDING DEADLINE FOR INITIAL DISCLOSURES

Pursuant to Local Rule 26.1, it is hereby stipulated by and between Plaintiff and Defendant that the time limit for the initial disclosures of Plaintiff shall be extended until May 1, 2010, and for Defendant to and until May 15, 2010.

DATED: Honolulu, Hawaii, 4/20, 2010.

MICHAEL JAY GREEN
JOHN RAPP
Attorneys for Plaintiff

- 2 -

*[signature]*
MICHAEL NAUYOKAS
Attorney for Defendant

APPROVED AND SO ORDERED:

_____*[signature]*_____
UNITED STATES DISTRICT MAGISTRATE