MICHAEL F. NAUYOKAS     5095
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1640
Honolulu, Hawaii 96813
Telephone: (808) 538-0553
Email: michaelnauyokas@hawaii.rr.com

Attorney for Defendant
ROBERTS HAWAII, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHELDINE KAHAO, individually and on behalf of a class of persons similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROBERT'S HAWAII, INC.<br><br>          Defendant. | CIVIL NO.: 09-00531 SOM-KSC<br><br>**DEFENDANT ROBERTS HAWAII INC.'S STATEMENT OF NO OPPOSITION TO PLAINTIFF CHELDINE KAHAO'S MOTION FOR CLASS CERTIFICATION**<br><br>Hearing: June 10, 2010<br>Time: 9:15 a.m.<br>Judge: Honorable Judge Kevin S.C. Chang |

**DEFENDANT ROBERTS HAWAII INC.'S STATEMENT
OF NO OPPOSITION TO PLAINTIFF CHELDINE KAHAO'S
<u>MOTION FOR CLASS CERTIFICATION</u>**

Come now Defendant Roberts Hawaii Inc. (hereinafter

"Defendant"), by and through its attorney, Michael F. Nauyokas, and hereby state that they make no opposition with regard to Plaintiff Cheldine Kahao's Motion for Class Certification.  This statement of no opposition is submitted pursuant to the Rules of the United States District Court for the District of Hawaii, Local Rule 7.4.

   DATED:   Honolulu, Hawaii, May 24, 2010.

>                        LAW OFFICE OF MICHAEL F.
>                        NAUYOKAS
>                        Attorney, Arbitrator &
>                        Mediator
>
>                           /s/ Michael F. Nauyokas
>                        MICHAEL F. NAUYOKAS
>                        Attorney for Defendant
>                        ROBERTS HAWAII, INC.

MICHAEL F. NAUYOKAS    5095
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1640
Honolulu, Hawaii 96813
Telephone: (808) 538-0553

Attorney for Defendant
ROBERTS HAWAII INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHELDINE KAHAO, individually and on behalf of a class of persons similarly situated, | ) CIVIL NO.: 09-00531 SOM-KSC<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>) (Re: Defendant Roberts |
| Plaintiff, | ) Hawaii Inc.'s Statement of<br>) No Opposition to Plaintiff |
| vs. | ) Cheldine Kahao's Motion for<br>) Class Certification) |
| ROBERTS HAWAII, INC. | )<br>) |
| Defendant. | ) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, one (1) copy of DEFENDANT ROBERTS HAWAII INC.'S STATEMENT OF NO OPPOSITION TO PLAINTIFF'S CHELDINE KAHAO'S MOTION FOR CLASS CERTIFICATION was duly served on the following

party, at his last known address, by depositing a copy of the same in the U.S. mail, postage prepaid, as follows:

>MICHAEL JAY GREEN, ESQ.
>345 Queen Street, 2nd Floor
>Honolulu, Hawaii 96813
>
>Attorney for Plaintiff
>CHELDINE KAHAO.

DATED:  Honolulu, Hawaii, May 24, 2010.

>LAW OFFICE OF MICHAEL F. NAUYOKAS
>Attorney, Arbitrator & Mediator
>
>
>   /s/ Michael F. Nauyokas
>MICHAEL F. NAUYOKAS
>Attorney for Defendant
>ROBERTS HAWAII, INC.